432 A.2d 261

Commonwealth ex rel. Wambold v. Wambold, Appellant.

Argued June 9, 1980. Michael P. Shay, for appellant; Gus Milides, submitted a brief on behalf of appellee.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

672

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Order affirmed.